**JS-6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT THOMPSON,** | ) Case No. 2:10-cv-05587-JFW -FMO |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| **MIDLAND CREDIT MANAGEMENT, INC.,** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.

Dated this 19th day of November, 2010.

_____
The Honorable John F. Walter